PROB 12C
(7/93)

Report Date: September 23, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 23 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Garcia-Araiza        Case Number: 2:14CR00099-LRS-1
A.K.A.: Manuel Juarez-Garcia

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: December 14, 2009

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 50 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: June 19, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 18, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On or about May 12, 2014, Mr. Jose Garcia-Araiza, a citizen and national of Mexico who had been denied admission into the United States of America, was found in the United States in Chelan County, in the Eastern District of Washington, in violation of 8 U.S.C. 1326. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/23/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/23/14
Date